IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SLAM DUNK I, LLC, on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case: 1:19-cv-21996-MGC |

**DECLARATION OF ANNE MARIE NICHOLAS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT**

I, Anne Marie Nicholas, declare under penalty of perjury that the following is true and correct:

1. I am a Business Project Senior Analyst for Defendant Connecticut General Life Insurance Company. I am familiar with the facts and circumstances set forth in this Declaration.

2. I submit this Declaration in support of Defendant's Motion to Dismiss Plaintiff Slam Dunk I, LLC's Amended and Supplemental Class Action Complaint.

3. Paragraphs 35 and 36 of the Amended Complaint refer to cost of insurance ("COI") rates for three group universal life policies issued by Defendant: Policy No. M101500 issued to Hyatt Corporation, Policy No. M104310 issued to Magellan Health Services, and Policy No. M103800 issued to Continental Airlines.

1

4. Attached as Exhibit A is the COI rate table applicable to Certificate No. 6134709/10263 under Policy No. M101500.

5. Attached as Exhibit B is the COI rate table applicable to Certificate No. 6185028/10274 under Policy No. M104310.

6. Attached as Exhibit C is the COI rate table applicable to Certificate No. 6176797/10136 under Policy No. M103800.

Dated: February 13, 2020　　　　　　　　　　　　By: ___/s/ *Anne Marie Nicholas*___
　　　　Bethlehem, Pennsylvania　　　　　　　　　　　　　　Anne Marie Nicholas

# Exhibit A

# Hyatt Corporation
# Policy Number: M101500
# Group Universal Life Insurance
# Connecticut General Life Insurance Company (CIGNA)
# Cost of Insurance Chart for Ported Rates

To determine your cost of insurance, find your age/your spouse's age in the left column and read across to find the monthly cost of insurance for each $1,000 of coverage. These rates are effective May 1, 2009 but do not reflect any contributions to the Cash Accumulation Fund. Rates are subject to change but will not exceed the guaranteed cost of insurance shown in your Certificate. Your premium will be adjusted May 1st of each year based on your age as of that date.

| *Monthly Cost of Insurance* | | | | | |
|---|---|---|---|---|---|
| Employee/Spouse Age as of May 1st | Monthly Cost of Insurance (Rates per $1,000) | Employee/Spouse Age as of May 1st | Monthly Cost of Insurance (Rates per $1,000) | Employee/Spouse Age as of May 1st | Monthly Cost of Insurance (Rates per $1,000) |
| 16 | 0.132 | 44 | 0.364 | 72 | 4.267 |
| 17 | 0.144 | 45 | 0.395 | 73 | 4.727 |
| 18 | 0.152 | 46 | 0.427 | 74 | 5.234 |
| 19 | 0.157 | 47 | 0.461 | 75 | 5.778 |
| 20 | 0.159 | 48 | 0.498 | 76 | 6.352 |
| 21 | 0.158 | 49 | 0.539 | 77 | 6.948 |
| 22 | 0.156 | 50 | 0.585 | 78 | 7.574 |
| 23 | 0.153 | 51 | 0.637 | 79 | 8.250 |
| 24 | 0.149 | 52 | 0.696 | 80 | 8.998 |
| 25 | 0.146 | 53 | 0.763 | 81 | 9.844 |
| 26 | 0.143 | 54 | 0.837 | 82 | 10.807 |
| 27 | 0.142 | 55 | 0.917 | 83 | 11.884 |
| 28 | 0.142 | 56 | 1.001 | 84 | 13.054 |
| 29 | 0.143 | 57 | 1.091 | 85 | 14.293 |
| 30 | 0.146 | 58 | 1.187 | 86 | 15.585 |
| 31 | 0.150 | 59 | 1.292 | 87 | 16.922 |
| 32 | 0.156 | 60 | 1.409 | 88 | 18.305 |
| 33 | 0.163 | 61 | 1.540 | 89 | 19.747 |
| 34 | 0.171 | 62 | 1.689 | 90 | 21.270 |
| 35 | 0.181 | 63 | 1.856 | 91 | 22.920 |
| 36 | 0.193 | 64 | 2.042 | 92 | 24.780 |
| 37 | 0.207 | 65 | 2.243 | 93 | 27.074 |
| 38 | 0.224 | 66 | 2.457 | 94 | 30.282 |
| 39 | 0.242 | 67 | 2.685 | 95 | 35.390 |
| 40 | 0.263 | 68 | 2.931 | 96 | 44.622 |
| 41 | 0.285 | 69 | 3.202 | 97 | 63.569 |
| 42 | 0.310 | 70 | 3.510 | 98 | 82.041 |
| 43 | 0.336 | 71 | 3.861 | 99 | 88.254 |

*All rates include a charge of 2% to cover premium tax and other taxes. The monthly cost for Dependent Children Term Rider is $2.00 for $10,000.00 of coverage, regardless of the number of children covered.*

**For a complete description of GUL options, benefits, and limitations, please refer to your Certificate of Insurance.**

# Exhibit B

## Magellan Health Services
## Policy Number: M104310
## Group Universal Life Insurance
## Connecticut General Life Insurance Company (CIGNA)
## Cost of Insurance Chart for Ported Rates

To determine your cost of insurance, find your age/your spouse's age in the left column and read across to find the monthly cost of insurance for each $1,000 of coverage. These rates are effective January 1, 2010 but do not reflect any contributions to the Cash Accumulation Fund. Rates are subject to change but will not exceed the guaranteed cost of insurance shown in your Certificate. Your premium will be adjusted January 1st of each year based on your age as of that date.

| Monthly Cost of Insurance | | | | | |
|---|---|---|---|---|---|
| Employee/Spouse Age as of January 1st | Monthly Cost of Insurance (Rates per $1,000) | Employee/Spouse Age as of January 1st | Monthly Cost of Insurance (Rates per $1,000) | Employee/Spouse Age as of January 1st | Monthly Cost of Insurance (Rates per $1,000) |
| 16 | 0.157 | 44 | 0.266 | 72 | 5.343 |
| 17 | 0.154 | 45 | 0.287 | 73 | 5.725 |
| 18 | 0.152 | 46 | 0.315 | 74 | 6.143 |
| 19 | 0.150 | 47 | 0.351 | 75 | 6.645 |
| 20 | 0.147 | 48 | 0.389 | 76 | 7.180 |
| 21 | 0.146 | 49 | 0.426 | 77 | 7.906 |
| 22 | 0.144 | 50 | 0.554 | 78 | 8.855 |
| 23 | 0.145 | 51 | 0.603 | 79 | 9.792 |
| 24 | 0.147 | 52 | 0.662 | 80 | 10.649 |
| 25 | 0.147 | 53 | 0.730 | 81 | 11.787 |
| 26 | 0.151 | 54 | 0.808 | 82 | 12.934 |
| 27 | 0.153 | 55 | 0.964 | 83 | 14.108 |
| 28 | 0.154 | 56 | 1.081 | 84 | 15.523 |
| 29 | 0.160 | 57 | 1.219 | 85 | 17.025 |
| 30 | 0.163 | 58 | 1.360 | 86 | 18.498 |
| 31 | 0.169 | 59 | 1.514 | 87 | 20.252 |
| 32 | 0.177 | 60 | 1.571 | 88 | 22.167 |
| 33 | 0.185 | 61 | 1.771 | 89 | 24.105 |
| 34 | 0.188 | 62 | 1.977 | 90 | 26.323 |
| 35 | 0.191 | 63 | 2.213 | 91 | 28.787 |
| 36 | 0.193 | 64 | 2.461 | 92 | 30.938 |
| 37 | 0.194 | 65 | 2.749 | 93 | 33.455 |
| 38 | 0.197 | 66 | 3.067 | 94 | 36.118 |
| 39 | 0.204 | 67 | 3.383 | 95 | 38.937 |
| 40 | 0.201 | 68 | 3.716 | 96 | 41.714 |
| 41 | 0.213 | 69 | 4.065 | 97 | 44.762 |
| 42 | 0.228 | 70 | 4.485 | 98 | 47.695 |
| 43 | 0.246 | 71 | 4.914 | 99 | 51.277 |

*All rates include a charge of 2% to cover premium tax and other taxes. The monthly cost for Dependent Children Term Rider is $1.10 for $5,000 and $2.20 for $10,000 in coverage, regardless of the number of children covered.*

**For a complete description of GUL options, benefits, and limitations, please refer to your Certificate of Insurance.**

# Exhibit C

# Continental Airlines
# Policy Number: M103800
# Group Universal Life Insurance
# Connecticut General Life Insurance Company (CIGNA)
# Cost of Insurance Chart for Ported Rates

To determine your cost of insurance, find your age/your spouse's age in the left column and read across to find the monthly cost of insurance for each $1,000 of coverage. These rates are effective January 01, 2009 but do not reflect any contributions to the Cash Accumulation Fund. Rates are subject to change but will not exceed the guaranteed cost of insurance shown in your Certificate. Your premium will be adjusted January 1st of each year based on your age as of that date.

| *Monthly Cost of Insurance* | | | | | |
|---|---|---|---|---|---|
| Employee/Spouse Age as of January 1st | Monthly Cost of Insurance (Rates per $1,000) | Employee/Spouse Age as of January 1st | Monthly Cost of Insurance (Rates per $1,000) | Employee/Spouse Age as of January 1st | Monthly Cost of Insurance (Rates per $1,000) |
| 16 | 0.163 | 44 | 0.329 | 72 | 5.343 |
| 17 | 0.164 | 45 | 0.545 | 73 | 5.725 |
| 18 | 0.164 | 46 | 0.545 | 74 | 6.143 |
| 19 | 0.164 | 47 | 0.545 | 75 | 7.475 |
| 20 | 0.164 | 48 | 0.545 | 76 | 7.475 |
| 21 | 0.164 | 49 | 0.545 | 77 | 7.906 |
| 22 | 0.164 | 50 | 0.816 | 78 | 8.855 |
| 23 | 0.164 | 51 | 0.836 | 79 | 9.792 |
| 24 | 0.164 | 52 | 0.836 | 80 | 10.949 |
| 25 | 0.164 | 53 | 0.836 | 81 | 11.787 |
| 26 | 0.164 | 54 | 0.836 | 82 | 12.934 |
| 27 | 0.164 | 55 | 1.274 | 83 | 14.108 |
| 28 | 0.164 | 56 | 1.274 | 84 | 15.523 |
| 29 | 0.164 | 57 | 1.274 | 85 | 17.025 |
| 30 | 0.181 | 58 | 1.360 | 86 | 18.498 |
| 31 | 0.181 | 59 | 1.514 | 87 | 20.252 |
| 32 | 0.181 | 60 | 2.177 | 88 | 22.171 |
| 33 | 0.185 | 61 | 2.428 | 89 | 24.105 |
| 34 | 0.188 | 62 | 2.548 | 90 | 26.323 |
| 35 | 0.219 | 63 | 2.548 | 91 | 28.787 |
| 36 | 0.219 | 64 | 2.548 | 92 | 30.938 |
| 37 | 0.219 | 65 | 3.529 | 93 | 33.455 |
| 38 | 0.219 | 66 | 3.529 | 94 | 36.118 |
| 39 | 0.219 | 67 | 3.529 | 95 | 38.937 |
| 40 | 0.329 | 68 | 3.716 | 96 | 41.714 |
| 41 | 0.329 | 69 | 4.065 | 97 | 44.762 |
| 42 | 0.329 | 70 | 4.966 | 98 | 47.695 |
| 43 | 0.329 | 71 | 4.966 | 99 | 51.277 |

*All rates include a charge of 2% to cover premium tax and other taxes. The monthly cost for Dependent Children Term Rider is $1.50 for $10,000 of coverage, regardless of the number of children covered.*

**For a complete description of GUL options, benefits, and limitations, please refer to your Certificate of Insurance.**