UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:19-cv-21996-COOKE/GOODMAN

| | |
|---|---|
| SLAM DUNK I, LLC, on behalf of itself and all others similarly situated, | ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) ) |

**PLAINTIFF SLAM DUNK I, LLC'S *UNOPPOSED* MOTION
FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**

Plaintiff, Slam Dunk I, LLC ("Slam Dunk"), hereby files this unopposed motion for a two-week extension of time, up to and including March 12, 2020, to file a response to Defendant Connecticut General Life Insurance Company's Motion to Dismiss Slam Dunk's Amended and Supplemental Class Action Complaint. In support of this motion, Slam Dunk states the following:

1.     On January 9, 2020, Slam Dunk filed its Amended and Supplemental Class Action Complaint ("Complaint") (ECF No. 69) against Defendant, Connecticut General Life Insurance Company ("Defendant" or "CGLIC").

2.     On January 17, 2020, the Court extended CGLIC's deadline to respond to the Complaint by three weeks from January 23, 2020, to February 13, 2020. ECF No. 71.

3.     On February 13, 2020, CGLIC filed Defendant Connecticut General Life Insurance Company's Motion to Dismiss Slam Dunk's Amended and Supplemental Class Action Complaint ("Motion to Dismiss") (ECF No. 72).

4.     Slam Dunk's response to the Motion to Dismiss is currently due February 27, 2020.

5.     Slam Dunk requires additional time to prepare a response to the Motion to Dismiss and respectfully requests a two-week extension of time up through and including March 12, 2020, to file its response.

6.      Slam Dunk's counsel has conferred with CGLIC's counsel, who does not oppose the relief sought here. Slam Dunk files this motion in good faith and not for the purpose of undue delay. The requested relief will not prejudice any party.

WHEREFORE, Plaintiff, Slam Dunk I, LLC, respectfully requests that the Court enter an Order extending its deadline to respond to the Motion to Dismiss up to and including March 12, 2020.

<u>LOCAL RULE 7.1 CERTIFICATION</u>

Pursuant to Local Rule 7.1, undersigned counsel certifies that counsel for both parties have conferred via e-mail and counsel for Defendant, Connecticut General Life Insurance Company, has advised that Defendant does not object to the relief sought herein.

Dated: February 20, 2020

Respectfully submitted,

REED SMITH LLP

*/s/ Christina Olivos*
Edward M. Mullins (Fla. Bar No. 863920)
Christina Olivos (Fla. Bar No. 119580)
Reed Smith LLP
1001 Brickell Bay Drive
Suite 900
Miami FL 33131
Tel.: 786-747-0200
Fax:  786-747-0299
*Email: emullins@reedsmith.com*
          *colivos@reedsmith.com*

Douglas C. Rawles (*pro hac vice*)
Katherine Ellena (*pro hac vice*)
Reed Smith LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071
Email: drawles@reedsmith.com
          kellena@reedsmith.com

KOZYAK TROPIN & THROCKMORTON
Benjamin J. Widlanski (Fla Bar No. 1010644)
Harley S. Tropin (Fla. Bar No. 241253)
Dwayne A. Robinson (Fla. Bar No. 99976)
Robert J. Neary (Fla. Bar No. 81712)

2525 Ponce de Leon Blvd, 9th Floor
Miami, Florida 33134
Tel: (305) 372-1800
Fax: (305) 372-3508
Email: rn@kttlaw.com
       bwidlanski@kttlaw.com
       hst@kttlaw.com
       drobinson@kttlaw.com

*Attorneys for Plaintiff Slam Dunk I, LLC*