UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:19-cv-21996-COOKE/GOODMAN

SLAM DUNK I, LLC, on behalf of itself and all others similarly situated,

          Plaintiff,

vs.

CONNECTICUT GENERAL LIFE INSURANCE COMPANY,

          Defendant.

_____

**ORDER GRANTING PLAINTIFF SLAM DUNK I, LLC'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**

THIS MATTER is before the Court on Plaintiff Slam Dunk I, LLC's ("Plaintiff") Unopposed Motion for Extension of Time to Respond to the Motion To Dismiss [ECF No.___] ("Motion"), filed on February 20, 2020. The Court, having reviewed the Motion and being fully advised in the premises, hereby **ORDERS AND ADJUDGES** as follows:

    1.    The Motion is hereby Granted.

    2.    Defendant shall have up through and including March 12, 2020, to file its response to Defendant Connecticut General Life Insurance Company's Motion to Dismiss Slam Dunk's Amended and Supplemental Class Action Complaint ("Motion to Dismiss") (ECF No. 72).

**DONE AND ORDERED** in chambers, Miami, Florida, this ____ day of February, 2020.

                                                                                        MARCIA G. COOKE
                                                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:
*All counsel of record*