UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:19-cv-21996-COOKE

| | |
|---|---|
| SLAM DUNK I, LLC, on behalf of itself and all others similarly situated,<br><br>                     Plaintiff,<br><br>vs.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY,<br><br>                     Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT CONNECTICUT GENERAL LIFE INSURANCE COMPANY'S *UNOPPOSED* MOTION FOR <u>EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS</u>**

Defendant Connecticut General Life Insurance Company ("Defendant"), by and through undersigned counsel, hereby moves for an extension of time up to and including March 26, 2020, to file a reply in support of its Motion to Dismiss the Amended Complaint. In support of this Motion, Defendant states as follows:

1. On February 13, 2020, Defendant filed a Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 72).

2. On March 12, 2020, Plaintiff filed an Opposition to Defendant's motion (ECF No. 76). Accordingly, Defendant's reply in support of the Motion to Dismiss is due on March 19, 2020.

3. Defendant respectfully requests a short extension of time, up through and including March 26, 2020, to file its reply.

4. Counsel for Defendant has conferred with counsel for Plaintiff, who does not oppose the relief sought here.

5. This motion is filed in good faith and not for the purpose of undue delay.

WHEREFORE, Defendant respectfully requests that the Court enter an Order extending its deadline to file a reply in support of its Motion to Dismiss the Amended Complaint up to and including March 26, 2020.

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1, undersigned counsel certifies that counsel for both Parties have conferred via e-mail and counsel for Plaintiff has advised that Plaintiff does not oppose the relief sought herein.

Dated: March 13, 2020

Respectfully submitted,

s/Shari Gerson
Shari Gerson (Florida Bar No: 17035)
GRAY ROBINSON, P.A.
401 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, FL 33301
Tel: (954) 761-8111
Email: shari.gerson@gray-robinson.com

Noah A. Levine (*pro hac vice*)
David E. Rudin (*pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8860
Email: noah.levine@wilmerhale.com
           david.rudin@wilmerhale.com

Felicia H. Ellsworth (*pro hac vice*)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Email: felicia.ellsworth@wilmerhale.com

*Attorneys for Defendant Connecticut General Life Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 13, 2020 foregoing was filed with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing is being served on the following via transmission of Notices of Electronic Filing generated by CM/ECF:

| | |
|---|---|
| Edward M. Mullins, Esq.<br>R. Hugh Lumpkin, Esq.<br>Matthew B. Weaver, Esq.<br>Christina D. Olivos, Esq.<br>REED SMITH LLP<br>1001 Brickell Bay Drive, Suite 900<br>Miami, FL 33131<br>Tel: 786-747-0200, Fax: 786-747-0299<br>hlumpkin@reedsmith.com<br>nweaver@reedsmith.com<br>colivos@reedsmith.com<br>*Counsel for Plaintiff* | Douglas Rawles Esq. (*pro hac vice*)<br>Ashley Jordan, Esq.<br>Katherine J. Ellena, Esq. (*pro hac vice*)<br>REED SMITH LLP<br>355 South Grand Avenue, 28th Floor<br>Los Angeles CA 90071<br>Tel: 213-457-8000, Fax: 213-457-8080<br>rgiller@reedsmith.com<br>drawlers@reedsmith.com<br>ajordan@reedsmith.com<br>kellena@reedsmtih.com<br>*Counsel for Plaintiff* |
| Benjamin J. Widlanski, Esq.<br>Harley S. Tropin, Esq.<br>Dwayne A. Robinson, Esq.<br>Robert J. Neary, Esq.<br>KOZYAK TROPIN & THROCKMORTON LLP<br>2525 Ponce de Leon Blvd., 9th Floor<br>Miami, Florida 33134<br>Tel: 305-372-1800, Fax: 305-372-3508<br>bwidlanski@kttlaw.com<br>hst@kttlaw.com<br>drobinson@kttlaw.com<br>rn@kttlaw.com<br>*Co-Counsel for Plaintiff and proposed Class* | |

/s/ Shari Gerson
SHARI GERSON, FL Bar No. 17035
Gray Robinson, P.A.
401 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, Florida 33301
Telephone: 954-761-8111
Email: shari.gerson@gray-robinson.com

*Attorneys for Defendant Connecticut General Life Insurance Company*

/827506/195#39685116 v1