UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 1:19-cv-21996-COOKE**

| | |
|---|---|
| SLAM DUNK I, LLC, on behalf of itself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

**ORDER GRANTING CONNECTICUT GENERAL LIFE INSURANCE COMPANY'S UNOPPOSED MOTION FOR <u>EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS</u>**

THIS MATTER having come before this Court on Defendant Connecticut General Life Insurance Company's ("Defendant") Unopposed Motion for Extension of Time to File a Reply in Support of Defendant's Motion to Dismiss (the "Motion"), ECF No. __77__, filed March 13, 2020.

The Court, having reviewed the Motion and being fully advised in the premises, hereby **ORDERS and ADJUDGES** as follows:

1. The Motion is granted.

2. Defendant shall file its reply in support of the Motion to Dismiss on or before March 26, 2020.

**DONE and ORDERED** in Chambers, Miami, Florida this ____ day of March, 2020.

MARCIA G. COOKE
UNITED STATES DISTRICT COURT

Copies furnished to:
All counsel of Record.