**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:19-cv-21996-COOKE**

| | |
|---|---|
| SLAM DUNK I, LLC, on behalf of itself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

**DEFENDANT CONNECTICUT GENERAL LIFE INSURANCE COMPANY'S SECOND _UNOPPOSED_ MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

Defendant Connecticut General Life Insurance Company ("Defendant"), by and through undersigned counsel, hereby moves for an extension of time up to and including April 2, 2020, to file a reply in support of its Motion to Dismiss the Amended Complaint. In support of this Motion, Defendant states as follows:

1. Counsel seeks this second extension because of the unprecedented and continually and rapidly evolving public health crisis. When counsel filed the extension request last Friday, counsel did not anticipate the fundamental transformation of work and life arrangements that have been put in place since then. In light of that, counsel believes a one-week extension is needed, and is also sufficient. Counsel will not seek any further extensions for this reply brief

2. Counsel for Defendant has conferred with counsel for Plaintiff, who does not oppose the relief sought here.

3. This motion is filed in good faith and not for the purpose of undue delay.

WHEREFORE, Defendant respectfully requests that the Court enter an Order extending its deadline to file a reply in support of its Motion to Dismiss the Amended Complaint up to and including April 2, 2020.

**LOCAL RULE 7.1 CERTIFICATION**

     Pursuant to Local Rule 7.1, undersigned counsel certifies that counsel for both Parties have conferred via e-mail and counsel for Plaintiff has advised that Plaintiff does not oppose the relief sought herein.

Dated: March 20, 2020

Respectfully submitted,

s/Shari Gerson
Shari Gerson (Florida Bar No: 17035)
GRAY ROBINSON, P.A.
401 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, FL 33301
Tel: (954) 761-8111
Email: shari.gerson@gray-robinson.com

Noah A. Levine (*pro hac vice*)
David E. Rudin (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8860
Email: noah.levine@wilmerhale.com
       david.rudin@wilmerhale.com

Felicia H. Ellsworth (*pro hac vice*)
WILMER CUTLER PICKERING
   HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Email: felicia.ellsworth@wilmerhale.com

*Attorneys for Defendant Connecticut General Life Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2020 foregoing was filed with the Clerk of the Court using CM/ECF. I further certify that a true and correct copy of the foregoing is being served on the following via transmission of Notices of Electronic Filing generated by CM/ECF:

| | |
|---|---|
| Edward M. Mullins, Esq.<br>R. Hugh Lumpkin, Esq.<br>Matthew B. Weaver, Esq.<br>Christina D. Olivos, Esq.<br>REED SMITH LLP<br>1001 Brickell Bay Drive, Suite 900<br>Miami, FL 33131<br>Tel: 786-747-0200, Fax: 786-747-0299<br>hlumpkin@reedsmith.com<br>nweaver@reedsmith.com<br>colivos@reedsmith.com<br>*Counsel for Plaintiff* | Douglas Rawles Esq. (*pro hac vice*)<br>Ashley Jordan, Esq.<br>Katherine J. Ellena, Esq. (*pro hac vice*)<br>REED SMITH LLP<br>355 South Grand Avenue, 28th Floor<br>Los Angeles CA 90071<br>Tel: 213-457-8000, Fax: 213-457-8080<br>rgiller@reedsmith.com<br>drawlers@reedsmith.com<br>ajordan@reedsmith.com<br>kellena@reedsmtih.com<br>*Counsel for Plaintiff* |
| Benjamin J. Widlanski, Esq.<br>Harley S. Tropin, Esq.<br>Dwayne A. Robinson, Esq.<br>Robert J. Neary, Esq.<br>KOZYAK TROPIN & THROCKMORTON LLP<br>2525 Ponce de Leon Blvd., 9th Floor<br>Miami, Florida 33134<br>Tel: 305-372-1800, Fax: 305-372-3508<br>bwidlanski@kttlaw.com<br>hst@kttlaw.com<br>drobinson@kttlaw.com<br>rn@kttlaw.com<br>*Co-Counsel for Plaintiff and proposed Class* | Markenzy Lapointe, Esq.<br>PILLSBURY WINTHROP SHAW PITTMAN LLP.<br>600 Brickell Avenue, Suite 3100<br>Miami, FL 33131<br>Tel: 786-913-4900<br>markenzy.lapointe@pillsburylaw.com<br><br>Richard C. Giller (pending pro hac vice)<br>PILLSBURY WINTHROP SHAW PITTMAN LLP.<br>725 South Figueroa Street, Suite 2800<br>Los Angeles, CA 90017-5406<br>Tel: 213-488-3624<br>richard.giller@pillsburylaw.com<br>*Counsel for Plaintiff* |

/827506/195#39743832 v1

s/ Shari Gerson
SHARI GERSON, FL Bar No. 17035
Gray Robinson, P.A.
401 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, Florida 33301
Telephone: 954-761-8111
Email: shari.gerson@gray-robinson.com
*Attorneys for Defendant Connecticut General Life Insurance Company*