UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 1:19-cv-21996-COOKE**

| | |
|---|---|
| SLAM DUNK I, LLC, on behalf of itself and all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) ) |

**ORDER GRANTING CONNECTICUT GENERAL LIFE INSURANCE COMPANY'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

THIS MATTER having come before this Court on Defendant Connecticut General Life Insurance Company's ("Defendant") Second Unopposed Motion for Extension of Time to File a Reply in Support of Defendant's Motion to Dismiss (the "Motion"), ECF No. 82, filed March 20, 2020.

The Court, having reviewed the Motion and being fully advised in the premises, hereby **ORDERS and ADJUDGES** as follows:

1. The Motion is granted.

2. Defendant shall file its reply in support of the Motion to Dismiss on or before April 2, 2020.

**DONE and ORDERED** in Chambers, Miami, Florida this ____ day of March, 2020.

_____
MARCIA G. COOKE
UNITED STATES DISTRICT COURT

Copies furnished to:
All counsel of Record.