IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SLAM DUNK I, LLC, on behalf of itself and all others similarly situated,<br><br>       Plaintiff,<br><br>       v.<br><br>CONNECTICUT GENERAL LIFE INSURANCE COMPANY,<br><br>       Defendant. | Case: 1:19-cv-21996-MGC |

**DECLARATION OF NOAH A. LEVINE IN SUPPORT OF
DEFENDANT'S REPLY IN SUPPORT OF MOTION TO DISMISS AMENDED
COMPLAINT**

I, Noah A. Levine, declare under penalty of perjury that the following is true and correct:

1.       I am a partner in the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, located at 250 Greenwich Street, New York, New York 10007, counsel for Defendant Connecticut General Life Insurance Company ("Connecticut General").  I am admitted to practice in this Court *pro hac vice*.  I am familiar with the facts and circumstances set forth in this Declaration.

2.       I submit this Declaration in support of Defendant's Reply in Support of its Motion to Dismiss Plaintiff Slam Dunk I, LLC's ("Slam Dunk") Amended and Supplemental Class Action Complaint.

1

3. On December 9, 2019, Slam Dunk produced to Connecticut General rate tables in its possession for three group universal life policies: Policy No. M101500 issued to Hyatt Corporation, Policy No. M104310 issued to Magellan Health Services, and Policy No. M103800 issued to Continental Airlines.[1]

4. Attached as Exhibit A is the COI rate table applicable to Certificate No. 6134709/10263 under Policy No. M101500, to which Slam Dunk applied the bates number SDI0001668.

5. Attached as Exhibit B is the COI rate table applicable to Certificate No. 6185028/10274 under Policy No. M104310, to which Slam Dunk applied the bates number SDI0004269.

6. Attached as Exhibit C is the COI rate table applicable to Certificate No. 6176797/10136 under Policy No. M103800, to which Slam Dunk applied the bates number SDI0003622.

Dated: April 2, 2020  
       New York, New York

By:   */s/ Noah A. Levine*  
      Noah A. Levine

---

[1] Slam Dunk marked the attached exhibits as "Confidential" in its 12/09/2019 production. Connecticut General has conferred with Slam Dunk, which assents to the public filing of these documents.

# EXHIBIT A

# Hyatt Corporation
## Policy Number: M101500
## Group Universal Life Insurance
## Connecticut General Life Insurance Company (CIGNA)
## Cost of Insurance Chart for Ported Rates

To determine your cost of insurance, find your age/your spouse's age in the left column and read across to find the monthly cost of insurance for each $1,000 of coverage. These rates are effective May 1, 2009 but do not reflect any contributions to the Cash Accumulation Fund. Rates are subject to change but will not exceed the guaranteed cost of insurance shown in your Certificate. Your premium will be adjusted May 1st of each year based on your age as of that date.

| Monthly Cost of Insurance | | | | | |
|---|---|---|---|---|---|
| Employee/Spouse Age as of May 1st | Monthly Cost of Insurance (Rates per $1,000) | Employee/Spouse Age as of May 1st | Monthly Cost of Insurance (Rates per $1,000) | Employee/Spouse Age as of May 1st | Monthly Cost of Insurance (Rates per $1,000) |
| 16 | 0.132 | 44 | 0.364 | 72 | 4.267 |
| 17 | 0.144 | 45 | 0.395 | 73 | 4.727 |
| 18 | 0.152 | 46 | 0.427 | 74 | 5.234 |
| 19 | 0.157 | 47 | 0.461 | 75 | 5.778 |
| 20 | 0.159 | 48 | 0.498 | 76 | 6.352 |
| 21 | 0.158 | 49 | 0.539 | 77 | 6.948 |
| 22 | 0.156 | 50 | 0.585 | 78 | 7.574 |
| 23 | 0.153 | 51 | 0.637 | 79 | 8.250 |
| 24 | 0.149 | 52 | 0.696 | 80 | 8.998 |
| 25 | 0.146 | 53 | 0.763 | 81 | 9.844 |
| 26 | 0.143 | 54 | 0.837 | 82 | 10.807 |
| 27 | 0.142 | 55 | 0.917 | 83 | 11.884 |
| 28 | 0.142 | 56 | 1.001 | 84 | 13.054 |
| 29 | 0.143 | 57 | 1.091 | 85 | 14.293 |
| 30 | 0.146 | 58 | 1.187 | 86 | 15.585 |
| 31 | 0.150 | 59 | 1.292 | 87 | 16.922 |
| 32 | 0.156 | 60 | 1.409 | 88 | 18.305 |
| 33 | 0.163 | 61 | 1.540 | 89 | 19.747 |
| 34 | 0.171 | 62 | 1.689 | 90 | 21.270 |
| 35 | 0.181 | 63 | 1.856 | 91 | 22.920 |
| 36 | 0.193 | 64 | 2.042 | 92 | 24.780 |
| 37 | 0.207 | 65 | 2.243 | 93 | 27.074 |
| 38 | 0.224 | 66 | 2.457 | 94 | 30.282 |
| 39 | 0.242 | 67 | 2.685 | 95 | 35.390 |
| 40 | 0.263 | 68 | 2.931 | 96 | 44.622 |
| 41 | 0.285 | 69 | 3.202 | 97 | 63.569 |
| 42 | 0.310 | 70 | 3.510 | 98 | 82.041 |
| 43 | 0.336 | 71 | 3.861 | 99 | 88.254 |

*All rates include a charge of 2% to cover premium tax and other taxes. The monthly cost for Dependent Children Term Rider is $2.00 for $10,000.00 of coverage, regardless of the number of children covered.*

**For a complete description of GUL options, benefits, and limitations, please refer to your Certificate of Insurance.**

# EXHIBIT B

MAGELLAN HEALTH SERVICES - M104310
EMPLOYEE & SPOUSE
PORTED RATES *

Effective Date: January 1, 2003
Current Administration Fee: $0.00

| Age | Rate | Age | Rate |
|---|---|---|---|
| 16 | 0.1570 | 58 | 1.3600 |
| 17 | 0.1540 | 59 | 1.5140 |
| 18 | 0.1520 | 60 | 1.5710 |
| 19 | 0.1500 | 61 | 1.7710 |
| 20 | 0.1470 | 62 | 1.9770 |
| 21 | 0.1460 | 63 | 2.2130 |
| 22 | 0.1440 | 64 | 2.4610 |
| 23 | 0.1450 | 65 | 2.7490 |
| 24 | 0.1470 | 66 | 3.0670 |
| 25 | 0.1470 | 67 | 3.3830 |
| 26 | 0.1510 | 68 | 3.7160 |
| 27 | 0.1530 | 69 | 4.0650 |
| 28 | 0.1540 | 70 | 4.4850 |
| 29 | 0.1600 | 71 | 4.9140 |
| 30 | 0.1630 | 72 | 5.3430 |
| 31 | 0.1690 | 73 | 5.7250 |
| 32 | 0.1770 | 74 | 6.1430 |
| 33 | 0.1850 | 75 | 6.6450 |
| 34 | 0.1880 | 76 | 7.1800 |
| 35 | 0.1910 | 77 | 7.9060 |
| 36 | 0.1930 | 78 | 8.8550 |
| 37 | 0.1940 | 79 | 9.7920 |
| 38 | 0.1970 | 80 | 10.6490 |
| 39 | 0.2040 | 81 | 11.7870 |
| 40 | 0.2010 | 82 | 12.9340 |
| 41 | 0.2130 | 83 | 14.1080 |
| 42 | 0.2280 | 84 | 15.5230 |
| 43 | 0.2460 | 85 | 17.0250 |
| 44 | 0.2660 | 86 | 18.4980 |
| 45 | 0.2870 | 87 | 20.2520 |
| 46 | 0.3150 | 88 | 22.1670 |
| 47 | 0.3510 | 89 | 24.1050 |
| 48 | 0.3890 | 90 | 26.3230 |
| 49 | 0.4260 | 91 | 28.7870 |
| 50 | 0.5540 | 92 | 30.9380 |
| 51 | 0.6030 | 93 | 33.4550 |
| 52 | 0.6620 | 94 | 36.1180 |
| 53 | 0.7300 | 95 | 38.9370 |
| 54 | 0.8080 | 96 | 41.7140 |
| 55 | 0.9640 | 97 | 44.7620 |
| 56 | 1.0810 | 98 | 47.6950 |
| 57 | 1.2190 | 99 | 51.2770 |

* Rates are per $1,000.00 of insurance

MAGELLAN HEALTH SERVICES - M104310
EMPLOYEE & SPOUSE
PORTED APB RATES *

Confidential

SDI0004269

# EXHIBIT C

## Continental Airlines
## Policy Number: M103800
## Group Universal Life Insurance
## Connecticut General Life Insurance Company (CIGNA)
## Cost of Insurance Chart for Ported Rates

To determine your cost of insurance, find your age/your spouse's age in the left column and read across to find the monthly cost of insurance for each $1,000 of coverage. These rates are effective January 01, 2009 but do not reflect any contributions to the Cash Accumulation Fund. Rates are subject to change but will not exceed the guaranteed cost of insurance shown in your Certificate. Your premium will be adjusted January 1st of each year based on your age as of that date.

| Monthly Cost of Insurance ||||||
|---|---|---|---|---|---|
| Employee/Spouse Age as of January 1st | Monthly Cost of Insurance (Rates per $1,000) | Employee/Spouse Age as of January 1st | Monthly Cost of Insurance (Rates per $1,000) | Employee/Spouse Age as of January 1st | Monthly Cost of Insurance (Rates per $1,000) |
| 16 | 0.163 | 44 | 0.329 | 72 | 5.343 |
| 17 | 0.164 | 45 | 0.545 | 73 | 5.725 |
| 18 | 0.164 | 46 | 0.545 | 74 | 6.143 |
| 19 | 0.164 | 47 | 0.545 | 75 | 7.475 |
| 20 | 0.164 | 48 | 0.545 | 76 | 7.475 |
| 21 | 0.164 | 49 | 0.545 | 77 | 7.906 |
| 22 | 0.164 | 50 | 0.816 | 78 | 8.855 |
| 23 | 0.164 | 51 | 0.836 | 79 | 9.792 |
| 24 | 0.164 | 52 | 0.836 | 80 | 10.949 |
| 25 | 0.164 | 53 | 0.836 | 81 | 11.787 |
| 26 | 0.164 | 54 | 0.836 | 82 | 12.934 |
| 27 | 0.164 | 55 | 1.274 | 83 | 14.108 |
| 28 | 0.164 | 56 | 1.274 | 84 | 15.523 |
| 29 | 0.164 | 57 | 1.274 | 85 | 17.025 |
| 30 | 0.181 | 58 | 1.360 | 86 | 18.498 |
| 31 | 0.181 | 59 | 1.514 | 87 | 20.252 |
| 32 | 0.181 | 60 | 2.177 | 88 | 22.171 |
| 33 | 0.185 | 61 | 2.428 | 89 | 24.105 |
| 34 | 0.188 | 62 | 2.548 | 90 | 26.323 |
| 35 | 0.219 | 63 | 2.548 | 91 | 28.787 |
| 36 | 0.219 | 64 | 2.548 | 92 | 30.938 |
| 37 | 0.219 | 65 | 3.529 | 93 | 33.455 |
| 38 | 0.219 | 66 | 3.529 | 94 | 36.118 |
| 39 | 0.219 | 67 | 3.529 | 95 | 38.937 |
| 40 | 0.329 | 68 | 3.716 | 96 | 41.714 |
| 41 | 0.329 | 69 | 4.065 | 97 | 44.762 |
| 42 | 0.329 | 70 | 4.966 | 98 | 47.695 |
| 43 | 0.329 | 71 | 4.966 | 99 | 51.277 |

*All rates include a charge of 2% to cover premium tax and other taxes. The monthly cost for Dependent Children Term Rider is $1.50 for $10,000 of coverage, regardless of the number of children covered.*

**For a complete description of GUL options, benefits, and limitations, please refer to your Certificate of Insurance.**