UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-21996-Civ-COOKE/GOODMAN

SLAM DUNK, LLC, on behalf of itself
and all others similarly situated,

    Plaintiff,

vs.

CONNECTICUT GENERAL LIFE
INSURANCE COMPANY,

    Defendant.

_____/

**ORDER GRANTING MOTION TO DISMISS**

    **THIS MATTER** comes before me on Defendant's Motion to Dismiss Plaintiff's Amended Complaint. ECF No. 72. I have reviewed Defendant's Motion to Dismiss, the record, the relevant legal authorities, and the arguments made by the parties at the Motion Hearing on September 15, 2020.

    The policy at issue here states that the Monthly Cost of Insurance Rates are determined by the insurance company based on its expectations as to future mortality experience. The policy also states, in the preceding sentence, that the Monthly Cost of Insurance Rates "are based on the Insured's Attained Age, the type of benefit, the Class of Insured and whether premiums for that Insured are paid directly to [Defendant] or through payroll deductions." The plain language of the policy does not support the allegations in the Amended Complaint, that this provision requires the insurance company to determine its Monthly Cost of Insurance Rates "solely" or "principally" on future mortality experience to the exclusion of the other enumerated factors.

    Accordingly, as discussed at the Motion Hearing, it is hereby **ORDERED and ADJUDGED** that Defendant's Motion is **GRANTED** and Plaintiff's Amended Complaint is **DISMISSED** *with prejudice*. The Clerk is directed to **CLOSE** this case.

**DONE and ORDERED** in chambers at Miami, Florida, this 29th day of September 2020.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*