UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:19-cv-21996-MGC

SLAM DUNK I, LLC, on behalf of itself
and all others similarly situated,

    Plaintiff,

vs.

CONNECTICUT GENERAL LIFE
INSURANCE COMPANY,

    Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Slam Dunk I, LLC, in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment (Dkt. No. 97), entered in this action on September 29, 2020.  *See* Exhibit A.

    Respectfully submitted,

By:   /s/ *Markenzy Lapointe*_____
       Markenzy Lapointe

CASE NO. 1:19-cv-21996-MGC

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document is being electronically filed on September 30, 2020, via CM-ECF, which will generate Notices of Electronic Filing to all parties or counsel of record.

Respectfully submitted,

By: /s/ *Markenzy Lapointe*_____
Markenzy Lapointe
Florida Bar No. 172601
Pillsbury Winthrop Shaw Pittman LLP
600 Brickell Avenue, Suite 3100
Miami, FL 33131
Telephone:  786-913-4900
Telecopier:  786-913-4901
markenzy.lapointe@pillsburylaw.com
miadocket@pillsburylaw.com
nydocket@pillsburylaw.com

*/s/ Richard C. Giller*_____
Richard C. Giller
California Bar No. 117823
(*Pro Hac Admitted*)
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017
Telephone:  213-488-3624
richard.giller@pillsburylaw.com